ANDREW J. DELANEY, Administrator, etc., Respondent, *v.* THE PENNSYLVANIA RAILROAD COMPANY, Appellant.

(Argued January 24, 1895; decided February 8, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 18, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Henry Galbraith Ward* for appellant.

*Denis A. Spellissy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

JOHN WEBER et al., Respondents, *v.* JAMES WALLACE, Appellant.

(Argued January 25, 1895; decided February 8, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 21, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Henry Thompson* for appellant.

*Louis Marshall* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.